597 A.2d 89

**In re PRIMARY ELECTION OF MAY 21, 1991, FOR the OFFICE OF JUDGE OF the COURT OF COMMON PLEAS OF LUZERNE COUNTY.**

**Petition of BOARD OF ELECTIONS.**

Supreme Court of Pennsylvania.

Aug. 23, 1991.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of August, 1991, the Petition for Allowance of Appeal is granted and the order of the Commonwealth Court dated July 3, 1991, 141 Pa.Cmwlth.Ct. 83, 594 A.2d 870, is vacated.

NIX, C.J., and FLAHERTY, J., dissent.

McDERMOTT, J., dissents from the summary disposition of this matter.